**No. P66/16.**—Goldblatt Brothers, Inc. *v.* United States, protest 63/21098–13909 (Chicago).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. P66/17.**—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 60/29264, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of air horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 4, 1966

**No. P66/18.**—Benziger Bros., Inc., and Gimbel Bros., Inc. *v.* United States, protests 64/25105 and 64/9947 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.